In the Matter of THE GREATER CITY SURETY AND INDEMNITY CORPORATION, Respondent, against CHARLES W. BERRY, Comptroller of the City of New York, Appellant.

(Argued March 14, 1933; decided April 11, 1933.)

*Arthur J. W. Hilly*, Corporation Counsel (*J. Joseph Lilly*, *Henry J. Shields* and *George H. Cowie* of counsel), for appellant.

*Edward McLoughlin* and *Paul Taylor* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.